

Misc. No. 12–8017/AR. Ronald Gray, Appellant v. Eric Belcher, Colonel, U.S. Army, Commandant, U.S. Disciplinary Barracks, Fort Leavenworth, Kansas, Appellee. CCA 20110093. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied without prejudice to raising the issue asserted after the U.S. District Court for the District of Kansas rules on the pending habeas petition.

No. 11–0626/AR. U.S. v. Kirby B. Moses. CCA 20090247. Appellant's motion to correct errata is granted.

No. 12–0410/MC. U.S. v. Wade L. Walker. CCA 9501607. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 8, 2012, and absent extraordinary circumstances, no further extension of time will be granted to file the supplement to the petition for grant of review*.

No. 11–0486/NA. U.S. v. Akeem A. Wilkins. CCA 201000289. Review granted on the following issue:

WHETHER APPELLANT'S RIGHT TO DUE PROCESS OF LAW WAS VIOLATED WHEN HE WAS CONVICTED FOR ABUSIVE SEXUAL